**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE  :  NO. 507
MAGISTERIAL DISTRICTS WITHIN THE  :
41st JUDICIAL DISTRICT OF THE  :  MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA  :

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 41st Judicial District (Juniata and Perry Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts 41-3-01 and 41-3-02 within Juniata County as they currently exist, to be effective immediately, is granted. It is further ORDERED AND DECREED that the Petition, which also provides for the reestablishment of the Magisterial Districts 41-3-03, 41-3-04 and 41-3-05 within Perry County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 41-3-01
Magisterial District Judge Tracy L. Powell

Delaware Township
Fayette Township
Fermanagh Township
Greenwood Township
Mifflintown Borough
Monroe Township
Susquehanna Township
Thompsontown Borough

Magisterial District 41-3-02  
Magisterial District Judge Jacqueline T. Leister

Beale Township  
Lack Township  
Mifflin Borough  
Milford Township  
Port Royal Borough  
Spruce Hill Township  
Turbett Township  
Tuscarora Township  
Walker Township

Magisterial District 41-3-03  
Magisterial District Judge Richard C. Gibney

Duncannon Borough  
Marysville Borough  
Miller Township  
New Buffalo Borough  
Penn Township  
Rye Township  
Watts Township  
Wheatfield Township

Magisterial District 41-3-04  
Magisterial District Judge Jeffrey J. Wood

Bloomfield Borough  
Buffalo Township  
Centre Township  
Greenwood Township  
Howe Township  
Juniata Township  
Liverpool Borough  
Liverpool Township  
Millerstown Borough  
Newport Borough  
Oliver Township  
Tuscarora Township

Magisterial District 41-3-05  
Magisterial District Judge (VACANT)

Blain Borough  
Carroll Township  
Jackson Township  
Landisburg Borough  
Northeast Madison Township  
Saville Township  
Southwest Madison Township  
Spring Township  
Toboyne Township  
Tyrone Township